

Durham v. JP Morgan Chase
  Bank, N.A. .................. 36A05–
                             1608–MF–
                             1925

| Case | Docket | Date | Judges | Disposition |
|---|---|---|---|---|
| Durham v. JP Morgan Chase Bank, N.A. | 36A05–1608–MF–1925 | 07/31/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Dissents with opinion |
| Witmer v. State | 20A04–1610–CR–2231 | 07/31/2017 | MAY, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Taylor v. State | 46A05–1608–CR–1938 | 07/31/2017 | CRONE, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Edwards v. State | 79A04–1701–CR–42 | 07/31/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Rich v. State | 02A05–1702–CR–361 | 07/31/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Herbert v. Gardner | 49A02–1702–CT–391 | 07/31/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Joaquin v. State | 49A02–1701–CR–190 | 07/31/2017 | CRONE, J.<br>BARNES, J.<br>BAKER, J. | Affirmed<br>Concurs<br>Dissents with opinion |